IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | | Criminal No. CCB-97-365 |
| v. | * | |
| | | |
| STANLEY HALL, Jr. | * | |
| # 32930-037 | | |
| | * | |

* * * * * * *

### O R D E R

Pending is a paper filed by Stanley Hall, Jr. proceeding pro se, requesting a reduction of sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses. The paper shall be construed as a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). Upon review of the paper, it is this 13th day of May, 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The paper IS CONSTRUED as a motion pursuant to 18 U.S.C. §3582(c);

2. The Clerk SHALL PROVIDE a copy of this order and the 18 U.S.C. §3582(c) motion to: the Federal Public Defender for the District of Maryland; the United States Attorney for the District of Maryland; and the United States Probation Office;

3. The Federal Public Defender for the District of Maryland is appointed to PRELIMINARILY REVIEW the motion and PROVIDE a status report within 120 days; and

4. The Clerk SHALL SEND a copy of this order to defendant.

/s/
_____
Catherine C. Blake
United States District Judge