# UNITED STATES DISTRICT COURT
## ----------------DISTRICT OF MARYLAND----------------

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No.: CCB-97-0365 |
| STANLEY HALL | * |

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Mr. Hall's case to determine if he is eligible for a reduced sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

                                          JAMES WYDA
                                          Federal Public Defender

Date: May 15, 2008

                                          _/s/ Sherri Keene_
                                          SHERRI KEENE
                                          Staff Attorney
                                          Federal Public Defender's Office
                                          6411 Ivy Lane, Suite 710
                                          Greenbelt, Maryland 20770-1405
                                          (301) 344-0600
                                          Fax No. (301) 344-0019
                                          Sherri_Keene@fd.org